JS - 6        E-FILED: 01.31.11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED BUILDING CONTRACTORS, INC., a California corporation, doing business as NEO CON, and also doing business as NEOCON; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-06207 MMM (JEMx)<br><br>JUDGMENT FOR PLAINTIFFS |

On January 31, 2011, the court granted plaintiffs' motion for entry of default judgment. Accordingly,

      IT IS ORDERED AND ADJUDGED

    1.    That defendant Advanced Building Contractors, Inc. dba Neo Con and Neocon must specifically perform its obligations under the Drywall/Lathing Memorandum Agreement, the Master Labor Agreement between the Western Wall & Ceiling Contractors Association, Inc., the Southwest Regional Council of Carpenters, the

United Brotherhood of Carpenters and Joiners of America, and its affiliated local unions, and under any renewal or subsequent Drywall Master Agreements and applicable trust agreements to submit to an audit of its business records for the period from September 9, 2009 to the present;

2. That plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts recover from defendant Advanced Building Contractors, Inc. dba Neo Con and Neocon attorney's fees of $720.00; and

3. That plaintiffs recover their costs of suit herein.

DATED: January 31, 2011

　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE